COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                                 NO.
2-07-059-CV

 

 

IN RE RONALD MINTER                                                                       RELATOR

 

                                                       ------------

 

                                           ORIGINAL
PROCEEDING

 

                                                       ------------

 

                                      MEMORANDUM OPINION[1]

                                                       ------------

The court has
considered relator=s petition for writ of mandamus and
accompanying motion for emergency temporary relief and is of the opinion that
relief should be denied. Accordingly, relator=s petition for writ of mandamus and motion for temporary emergency relief are both DENIED. 

 

PER
CURIAM

PANEL A:  LIVINGSTON, J.; CAYCE, C.J.; and GARDNER, J.

DELIVERED:  February 22, 2007











[1]See Tex.
R. App. P. 47.4.